IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL DEWAYNE ANDERSON, #156270, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CASE NO. 2:22-CV-158-RAH-KFP |
| FERNETTA RILEY, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on September 23, 2022. Doc. 10. There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice. All pending motions shall be terminated.

Final Judgment will be entered separately.

DONE, on this the 20th day of January 2023.

          /s/ R. Austin Huffaker, Jr.
         R. AUSTIN HUFFAKER, JR.
         UNITED STATES DISTRICT JUDGE